IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-OPI, MORTGAGE PASS-THROUGH CERTIFICATES, 2006-OPI,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE TAYLOR, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:16-cv-00442-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 54) is **GRANTED**. Judgment will be entered accordingly.

**SO ORDERED** on this **5th day** of **January, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**